UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| HANDSOME PETER PARKER, | Civil No. 20-2314 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| BUREAU OF PRISONS, et al., | |
| Defendants. | |

Handsome Peter Parker, Reg. No. 20965-040, 846 NE 54th Terrace, Sumterville, FL 33521, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated March 8, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 22, 2021
at Minneapolis, Minnesota

s/John R. Tunheim_____
JOHN R. TUNHEIM
Chief Judge
United States District Court